# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2019

*The Court of Appeals hereby passes the following order:*

## A19I0288. ROBERT L. WALDEN, JR. et al. v. CHERYL MCQUEEN.

Defendants Robert L. Walden, Jr. and Walden Properties, Inc. seek interlocutory review of the trial court's order denying their motion for summary judgment. However, we lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement. See *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974). If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007) ("A certificate of immediate review of a court order must be signed by the trial judge and filed with the clerk of the trial court within ten days of the entry of the interlocutory order sought to be appealed.").

Here, the trial court entered its order denying the defendants' motion for summary judgment on June 18, 2019. Thirteen days later, on Monday, July 1, the court entered an order granting the defendants' request for a certificate of immediate review. Although the trial court signed the certificate of immediate review on June 24, 2019, the relevant date for determining the timeliness of the certificate is the date it was entered. See *Van Schallern v. Stanco*, 130 Ga. App. 687 (204 SE2d 317)

(1974). Accordingly, the certificate was untimely and this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/12/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*